

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-08-00074-CV
_____

IESI TX CORPORATION, Appellant

V.

COMMUNITY WASTE DISPOSAL, L.P.,
f/k/a COMMUNITY WASTE DISPOSAL, INC., Appellee

On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court No. DC-08-00254

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Appellant, IESI TX Corporation, and Appellee, Community Waste Disposal, L.P., f/k/a Community Waste Disposal, Inc., have filed with this Court a joint motion to dismiss the pending appeal in this matter.[1]  The parties represent to this Court that they have reached a full and final settlement.  In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

We grant the motion and dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     October 22, 2009
Date Decided:       October 23, 2009

---

[1]Originally appealed to the Fifth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (Vernon 2005).